M.D. Appeal Dkt.
47  2016

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 684 MAL 2015

                :

          Respondent  :  Petition for Allowance of Appeal from
                :  the Order of the Superior Court

                :

         v.        :

                :

                :

JOSE M. MUNIZ,      :

                :

         Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of April, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

> 1) Does applying [42Pa.C.S. §9799.14] retroactively violate the Federal Constitution?
>
> 2) Does applying [42 Pa.C.S. §9799.14] retroactively violate the Pennsylvania Constitution?

    The Prothonotary is directed to schedule briefing and argument in this matter together with the following matters presenting related issues: *Commonwealth v. Reed*, 557 WAL 2014 and *Commonwealth v. Gilbert*, 181 MAL 2015.